TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00092-CV

Scott Edward Parker and Elaine Hale Badouh, Appellants

v.

Estate of Rubylien Barber Badouh, Appellee

FROM THE COUNTY COURT AT LAW OF COMAL COUNTY

NO. 96PC-234, HONORABLE CLAUDE D. DAVIS, JUDGE PRESIDING 

PER CURIAM

 Because appellants Scott Edward Parker and Elaine Hale Badouh have failed to file
a brief, we will dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The clerk's record was filed in this Court on May 2, 2001. On June 11, 2001, the
Clerk of this Court notified appellants that their brief was overdue and requested a response
reasonably explaining the failure to file a timely brief by June 21, 2001. Thus far, appellants have
not responded to this Court's request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See Tex. R. App. P. 42.3(b).

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: July 26, 2001

Do Not Publish